**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00688-CV

### RICHARD P. DALE, JR., Appellant

### V.

### PLAZA AT TURTLE CREEK RESIDENCES ASSOCIATION, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05411**

## ORDER

We **GRANT** appellant's November 10, 2014 unopposed second motion for an extension of time to file a brief. The brief shall be filed by **December 29, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
JUSTICE